IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CRIMINAL NO. 15-30040-DRH |
| vs. ) | |
| ) | |
| TODD O. SWEET, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The United States and Defendant, and Defendant Todd O. Sweet (hereinafter "Defendant") with the advice and consent of Ethan Skaggs, counsel for Defendant, hereby agree and stipulate as follows:

1. On or about January 3, 2007, Defendant was convicted of a felony – namely, Possession of Body Armor by a Violent Felon, in violation of Title 18, United States Code, Section 931(a), in the Eastern District of Missouri, which was punishable by more than one year imprisonment.

2. On or about November 30, 2012, in Monroe County, within the Southern District Illinois, Defendant did knowingly possess, in and affecting commerce, a firearm – namely, a Glock GMBH, Model 31, .357 caliber, semi-automatic pistol, bearing serial number CDZ449US.

3. Defendant knowingly and intentionally kept said firearm in a container within a tent that he occupied in a heavily wooded area of rural Monroe County.

4. The firearm had been manufactured outside the state of Illinois and had therefore traveled in interstate commerce before Defendant's possession of the firearm on November 30, 2012. The firearm was in working order and was capable of firing a projectile by action of explosive, as designed.

5. On or about November 30, 2012, in Monroe County, within the Southern District of Illinois, Defendant did knowingly possess and conceal a stolen motor vehicle – that is, a 1997 Chevrolet Model K2500 pick-up truck, bearing Vehicle Identification Number 1GCGK29R2VE179514.

6. The motor vehicle had been stolen in the State of Missouri on or about April 20, 2010, and had thereafter crossed a state boundary into the State of Illinois after being stolen.

7. At the time Defendant possessed said vehicle, he knew that the vehicle had been stolen.

8. At the time of Defendant's possession of the vehicle, Defendant knowingly and intentionally concealed the vehicle in heavy brush near the tent that he occupied in a heavily wooded area of rural Monroe County.

_____
TODD O. SWEET
Defendant

_____
ETHAN SKAGGS
Attorney for Defendant

Date: 6-9-16

JAMES L. PORTER
Acting United States Attorney

_____
STEPHEN B. CLARK
Assistant United States Attorney

Date: 6/22/16

2